UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID BENNETT,

Plaintiff,

v.

PROJECT 90, et al.,

Defendants.

Case No. 24-cv-06492-JSC

**ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL**

Re: Dkt. No. 14

Plaintiff, a California prisoner proceeding without attorney representation, filed this civil rights case under 42 U.S.C. § 1983.  The case was dismissed, and judgment was entered.  (ECF Nos. 11, 12.)  Approximately one month later, Plaintiff filed a motion for appointment of counsel as the "prevailing party" who is "likely to be successful in this case."  (ECF No. 14.)

There is no right to counsel in a civil case such as this.  *See Lassiter v. Dep't of Social Services*, 452 U.S. 18, 25 (1981).  The decision to request counsel to represent an indigent litigant under § 1915 is within "the sound discretion of the trial court and is granted only in exceptional circumstances."  *Franklin v. Murphy*, 745 F.2d 1221, 1236 (9th Cir. 1984).  Plaintiff did not prevail in this case; judgment was entered against him.  There are no exceptional circumstances warranting appointment of counsel, especially as this case has been dismissed and closed.  To whatever extent Plaintiff seeks appointment of counsel for an appeal, he must seek such appointment in the United States Court of Appeals.  Accordingly, the motion for appointment of counsel is DENIED.

Plaintiff's request for the Court's application for leave to proceed in forma pauperis and for the status of his case is GRANTED IN PART.  The Clerk shall send him a copy of the docket summary report and the Court's form IFP application.  This court does not have the other forms Plaintiff requests.

This order resolves docket number 14.

**IT IS SO ORDERED.**

Dated: March 2, 2026

JACQUELINE SCOTT CORLEY
United States District Judge